App. Div. 137, 73 N. Y. Supp. 592. The parties may remedy the defect within 20 days. If this is not done, the proceeding will be dismissed.

———

TANAS, Respondent, v. MUNICIPAL GAS CO., Appellant (three cases). (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Actions by Elias Tanas, as administrator, etc., of William Dimitri, John Foli, and Anton Mila, each deceased, against the Municipal Gas Company. No opinion. Order affirmed, with $10 costs in one action and disbursements.

———

TANENBAUM v. JOSEPHI et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Moses Tanenbaum against Isaiah Josephi and others. No opinion. Motion denied, with $10 costs.

———

TANENBAUM v. LIPPMANN. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Moses Tanenbaum against Gustav Lippmann. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

———

TANENBAUM, Respondent, v. NEUBERGER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Moses Tanenbaum against Meyer Neuberger and others. A. Furber, for appellants. E. Hall, for respondent. No opinion. Judgment and order affirmed, with costs.

———

TEN EYCK, Appellant, v. BOOKMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Clarence Ten Eyck, as receiver, etc., against Le Roy Bookman and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the complaint states only one cause of action.

———

TEN EYCK, Appellant, v. BOOKMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Clarence Ten Eyck, as receiver, etc., against Lucinda Bookman and others. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the complaint states only one cause of action.

———

TRACY et al., Respondents, v. FALVEY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Alberta P. Tracy and others against Catharine Falvey and others. From an interlocutory judgment entered on a decision after trial, defendants appeal. Reversed. Edward W. S. Johnston, for appellants. Walter S. Logan, for respondents.

PER CURIAM. For the reasons stated in the opinions in the case of Tracy v. Frey (herewith handed down) 88 N. Y. Supp. 874, the judgment should be reversed, and a new trial ordered, with costs to appellants to abide event.

———

TRACY et al., Respondents, v. KIRCHER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Alberta P. Tracy and others against Louis H. Kircher and others. From a judgment in favor of plaintiffs, defendants appeal. Reversed. Edward W. S. Johnston, for appellants. Walter S. Logan, for respondents.

PER CURIAM. For the reasons stated in the opinions in the case of Tracy v. Frey (herewith handed down) 88 N. Y. Supp. 874, the judgment should be reversed, and a new trial ordered, with costs to appellants to abide event.

———

TROTT, Respondent, v. WESTCHESTER ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Wilhelmina Trott against the Westchester Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

TUCKER, Appellant, v. TUCKER, Respondent. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Mary Adelaide Tucker against Edwin H. Tucker. No opinion. Order affirmed, with $10 costs and disbursements.

———

In re TROY PRESS CO. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) In the matter of the application of the Troy Press Company for a writ of mandamus directed to the Secretary of State. No opinion. Order affirmed, with $10 costs and disbursements.

———

UNITED STATES, Appellant, v. UNION SURETY & GUARANTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by the United States of America, suing for the use and benefit of Walter R. Jones, against the Union Surety & Guaranty Company and Harold R. Dillingham. No opinion. Interlocutory judgment affirmed, with costs.

———

VARIANO v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 10, 1904.). Action by Gaetano Variano against the city of New York. No opinion. Motion denied, with $10 costs.

———

VILLAGE OF THERESA, Respondent, v. SANTWAY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by the village of Theresa against Frederick L. Santway, impleaded, and others. No opinion. Order affirmed, with $10 costs and disbursements.

———

VOLK v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by John Volk against the New York Central & Hudson River Railroad Company. No opinion.